cal_sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSIDESTORY, INC. ) | Civil No.06cv408 WQH(AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOLLOWING SETTLEMENT |
| ) | STATUS CONFERENCE |
| NETRATINGS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and related counter-claims. ) | |
| ) | |

On January 3, 2007, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Steve Swinton, Esq. and Adam Welland, Esq. on behalf of plaintiff; Seth Ostrow, Esq., Ariana Frankl, Esq. and Boris Zelkind, Esq. on behalf of defendant.

The parties continue to exchange information and discuss settlement. With the ongoing discussions, the parties need additional time to submit their briefs regarding the January 24, 2007 Mandatory Settlement Conference. Following discussion, the Court amends the briefing schedule as follows:

1. Plaintiff's brief is now due to be e:mailed and served on opposing counsel on or before *January 16, 2007*;

///

2. Defendant's brief is now due to be e:mailed and served on opposing counsel on or before *January 22, 2007*; and

3. The Mandatory Settlement Conference date of ***January 24, 2007 at 10:00 a.m. is herewith confirmed.***

IT IS SO ORDERED.

DATED:  January 3, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court