UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSIDESTORY, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>NETRATINGS, INC.,<br><br>     Defendant. | **Case No. 06-CV-0408 WQH (AJB)**<br><br>**ORDER AUTHORIZING USE OF ELECTRONIC, VIDEO, OR AUDIO EQUIPMENT IN COURTROOM**<br><br>Date:     January 24, 2007<br>Time:     1:00 p.m.<br>Courtroom:  4, Fourth Floor<br>Judge:    Hon. William Q. Hayes |
| NETRATINGS, INC.,<br><br>     Counterclaim-Plaintiff,<br><br>     v.<br><br>WEBSIDESTORY, INC.,<br><br>     Counterclaim-Defendant. | |

For purposes of the *Markman* Hearing scheduled in the above-referenced matter for January 24, 2007 in the above-referenced Court, IT IS HEREBY ORDERED that Plaintiff and Counterclaim Defendant WebSideStory, Inc. ("WebSideStory") and Defendant and Counterclaim Plaintiff NetRatings, Inc. ("NetRatings"), their counsel of record, and their media equipment provider are authorized to bring and use the following electronic, video, and audio equipment in the courtroom:

1.     One XGA 5000 ANSI Lumen LCD Projector or its equivalent;

2.     One 6' x 8' screen or its equivalent;

3.     One Digital Visual Presenter or its equivalent;

4.     One VGA switch (6-in, 1-out) with blank button or its equivalent;

5.     Two LCD 17" flat screen monitors;

6.     Two Altinex DA 1916 Monitor Switchers or their equivalent;

7.     One self-amplified speaker;

8.     Eight laptop computers; and

9.     All cables, adapters, extension cords, power strips, and gaffers tape necessary for using the above-referenced equipment.

DATED:  January 23, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge

**Case No. 06-CV-0408 WQH (AJB)**