cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WEBSIDESTORY, INC. | ) | Civil No.06cv408 WQH(AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING SETTLEMENT |
| | ) | STATUS CONFERENCE |
| NETRATINGS, INC. | ) | |
| Defendants. | ) | |
| and related counter-claims. | ) | |

On February 28, 2007, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Seth Ostrow, Esq. on behalf of plaintiff and Adam Welland, Esq. on behalf of defendant.

Counsel report that the pending Markman rulings have yet to issue. Without those, settlement prospects cannot be further evaluated. The Court sets a telephonic Settlement Status Conference for *April 30, 2007 at 9:30 a.m.* to check on further status. Plaintiff's counsel will initiate the call.

IT IS SO ORDERED.

DATED: March 4, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court