FILED
2007 APR -5  AM 11: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSIDESTORY, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>NETRATINGS, INC.,<br><br>   Defendant.<br>_____<br>NETRATINGS, INC.<br><br>   Counterclaim-Plaintiff,<br><br>   v.<br><br>WEBSIDESTORY, INC.,<br><br>   Counterclaim-Defendant.<br>_____ | Civil Action No. 06CV0408 WQH (AJB)<br><br>[~~PROPOSED~~] **ORDER GRANTING NETRATING'S *EX PARTE* APPLICATION TO FILE LETTER BRIEF UNDER SEAL** |

The Court, having considered Netrating's *Ex-Parte* Application to File Letter Brief Under Seal, hereby GRANTS Defendant leave to file the following document under seal:

NETRATING'S LETTER BRIEF IN OPPOSITION TO WEBSIDESTORY'S MOTION TO COMPEL RE: NOTICE OF 30(B)(6) DEPOSITION

IT IS SO ORDERED.

Dated: 4/4/07

By: *[signature]*
Judge Anthony J. Battaglia

\*