1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSIDESTORY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NETRATINGS, INC., <br><br> Defendant. | Case No. 06-CV-0408 WQH (AJB) <br><br> **JOINT MOTION FOR ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Judge:   Hon. William Q. Hayes |
| NETRATINGS, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> WEBSIDESTORY, INC., <br><br> Counterclaim-Defendant. | |

Plaintiff and Counterclaim-Defendant WebSideStory, Inc. ("WebSideStory"), by its counsel Latham & Watkins LLP, and Defendant and Counterclaim-Plaintiff NetRatings, Inc. ("NetRatings"), by its counsel Dreier, LLP, hereby jointly move for an Order dismissing the above-referenced action (the "Action") as follows:

///

///

## Recitals

1. Whereas WebSideStory and NetRatings have reached a confidential settlement of the dispute that is the subject matter of the Action; and

2. Whereas the Court previously issued a Claims Construction Order on July 10, 2007, which the parties now wish to have vacated as a result of the settlement.

## Stipulation

In light of the foregoing, the parties jointly move for an Order dismissing the Action as follows:

1. The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

2. The Claims Construction Order entered on July 10, 2007 is hereby vacated; and

3. Each party shall bear its own costs and attorneys fees.

Dated: September 7, 2007          LATHAM & WATKINS LLP

By: ___/s/Stephen P. Swinton___
Attorneys for Plaintiff and Counterclaim-Defendant WebSideStory, Inc.
E-mail: steve.swinton@lw.com

Dated: September 7, 2007          DREIER LLP

By: ___/s/Arianna Frankl (by permission)___
Attorneys for Defendant and Counterclaim-Plaintiff, NetRatings, Inc.
E-mail: afrankl@dreierllp.com

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 12636 High Bluff Drive, Suite 400, San Diego, CA 92130.

On September 7, 2007, I served the following document described as:

1. **JOINT MOTION FOR ORDER DISMISSING ACTION WITH PREJUDICE**

by serving a true copy of the above-described document in the following manner:

### BY ELECTRONIC FILING

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Seth H. Ostrow, Esq.<br>Arianna Frankl, Esq.<br>Karine Louis, Esq.<br>Dreier LLP<br>499 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 328-6100<br>Fax: (212) 328-6101<br>Email:  sostrow@dreierllp.com<br>           afrankl@dreierllp.com<br>           klouis@dreierllp.com | Steven Nataupsky, Esq.<br>Knobbe Martens Olson & Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614-3641<br>Telephone: (949) 760-0404<br>Fax: (949) 760-9502<br>Email:  snataupsky@kmob.com<br><br>Boris Zelkind, Esq.<br>Knobbe Martens Olson & Bear LLP<br>550 West C Street, Suite 1200<br>San Diego, CA 92101<br>Telephone: (619) 235-8550<br>Fax: (619) 235-0176<br>Email:  boris.zelkind@kmob.com |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 7, 2007, at San Diego, California.

*Alison L. Montera*